## 18283.   MICHAEL *v.* THE STATE.

LUKE, J.   The evidence was sufficient to authorize the defendant's conviction, and the special grounds of the motion for a new trial show no reason why the case should be tried again.

        *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

        DECIDED JULY 27, 1927.

Possessing liquor; from Whitfield superior court—Judge Pittman.   May 28, 1927.

*T. G. Head,* for plaintiff in error.

*J. C. Mitchell, solicitor-general,* contra.

---

Criminal Law, 17 C. J. p. 255, n. 53.